1 | Martin E. Rosen (108998), mrosen@bargerwolen.com
2 | Jennifer N. Lee (230727), jlee@bargerwolen.com
  | BARGER & WOLEN LLP
3 | 650 California Street, 9th Floor
  | San Francisco, California 94108-2713
4 | Telephone: (415) 434-2800
  | Facsimile: (415) 434-2533

5 | Attorneys for Defendants
  | LINCOLN NATIONAL LIFE INSURANCE CO. and
6 | JEFFERSON PILOT FINANCIAL INSURANCE
  | COMPANY

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATHRYN REID,<br><br>   Plaintiff,<br><br>vs.<br><br>ACCREDO HEALTH, INC., a Delaware corporation; MEDCO HEALTH SOLUTIONS, INC., a Delaware Corporation; LINCOLN NATIONAL LIFE INSURANCE CO., an Indiana corporation; JEFFERSON PILOT FINANCIAL INSURANCE COMPANY, a Nebraska corporation; SUN LIFE ASSURANCE COMPANY OF CANADA, a Canadian corporation as DOE 1; and DOES 2 to 25, inclusive,<br><br>   Defendants. | CASE NO.: C 10-02332 MMC<br><br>**STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE FROM SEPTEMBER 3, 2010 TO OCTOBER 29, 2010 AND** ~~PROPOSED~~ **ORDER**<br><br>1st Amended Complaint Filed: April 2, 2010 |

Plaintiff CATHRYN REID and Defendants LINCOLN NATIONAL LIFE INSURANCE CO., JEFFERSON PILOT FINANCIAL INSURANCE COMPANY, ACCREDO HEALTH GROUP, INC., MEDCO HEALTH SOLUTIONS, INC., and SUN LIFE ASSURANCE COMPANY OF CANADA, by and through their counsel of record, hereby stipulate to the following:

i:\office\10564\008\10pleadings\stip continue cmc hearing.doc

---

STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE FROM
SEPTEMBER 3, 2010 TO OCTOBER 29, 2010
CASE NO.: C 10-02332 MMC

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA 94108
(415) 434-2800

1.   On May 27, 2010, the Court issued a Scheduling Order, setting the initial case management conference for Friday, September 3, 2010 at 10:30 a.m. and ordering that a joint case management conference statement be filed by August 27, 2010;

2.   As set forth more fully in the declaration of Jennifer N. Lee attached hereto, the parties seek these requested continuances in an effort to streamline the case, as the exchange of initial disclosures, which are presently due on August 27, 2010, is likely to direct whether certain parties will be voluntarily dismissed and/or added and will guide timing issues related to certain defendants' Rule 12 and/or 56 motions, as well as discovery and Alternative Dispute Resolution;

3.   No prior continuances or time modifications have been requested by any party;

4.   Because of scheduling conflicts during the month of October, 2010, the parties have agreed to continue the initial case management conference to Friday, October 29, 2010 at 10:30 a.m., if the Court is available that day for such a hearing; and

5.   The parties agree to file their joint case management conference on or before Friday, October 15, 2010.

**IT IS SO STIPULATED.**

Dated: August 26, 2010                                    BARGER & WOLEN LLP


By:   /s/ Jennifer N. Lee
      MARTIN E. ROSEN
      JENNIFER N. LEE
      Attorneys for Defendants LINCOLN
      NATIONAL LIFE INSURANCE CO.
      and JEFFERSON PILOT FINANCIAL
      INSURANCE COMPANY

-2-
STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE FROM
SEPTEMBER 3, 2010 TO OCTOBER 29, 2010
CASE NO.: C 10-02332 MMC

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA 94108
(415) 434-2800

1 | Dated: August 26, 2010 | DONAHUE GALLAGHER WOODS LLP

By: /s/ George J. Barron
GEORGE J. BARRON
Attorneys for Plaintiff CATHRYN REID

Dated: August 26, 2010 | MORGAN, LEWIS & BOCKIUS LLP

By: /s/ Donald P. Sullivan
DONALD P. SULLIVAN
NICOLE A. DILLER
Attorneys for Defendants ACCREDO HEALTH GROUP, INC. and MEDCO HEALTH SOLUTIONS, INC.

Dated: August 26, 2010 | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: /s/ Christopher M. Ahearn
MARK SCHMIDTKE
CHRISTOPHER M. AHEARN
Attorneys for Defendant SUN LIFE ASSURANCE COMPANY OF CANADA

-3-
STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE FROM
SEPTEMBER 3, 2010 TO OCTOBER 29, 2010
CASE NO.: C 10-02332 MMC

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA 94108
(415) 434-2800

## DECLARATION OF JENNIFER N. LEE

1. I am an attorney at law, duly licensed in all courts of the State of California, and am an associate of the law firm of Barger & Wolen LLP, counsel of record for Defendants LINCOLN NATIONAL LIFE INSURANCE CO. ("Lincoln National") and JEFFERSON PILOT FINANCIAL INSURANCE COMPANY ("Jefferson Pilot") in the above-entitled action. I make this declaration in support of the parties' Stipulation to Continue the Initial Case Management Conference from September 3, 2010 to October 29, 2010. I have personal knowledge of the matters set forth herein. If called as a witness, I could and would testify competently thereto.

2. On May 27, 2010, the Court issued a Scheduling Order, setting the initial case management conference for Friday, September 3, 2010 at 10:30 a.m. and ordering that a joint case management conference statement be filed by August 27, 2010.

3. On Thursday, August 12, 2010, counsel for all parties in this case met and conferred pursuant to Federal Rule of Civil Procedure 26(f) and I attended this telephonic conference.

4. During the conference, the parties agreed that the production of initial disclosures will assist all of the parties in formulating their respective positions in the case, including, but not limited to, the timing issues for and making determinations as to whether to amend the complaint or other pleadings, dismiss certain defendants, pursue Rule 12 and 56 motions, and, the timing for pursuing Alternative Dispute Resolution.

5. Initial disclosures in this case are scheduled to be produced on or before August 27, 2010. During the Rule 26(f) conference, several parties indicated that they were in the process of obtaining documents for the initial disclosures and had not yet received all the documents to be able to presently make any disclosures. The parties have indicated that they will be able to make initial disclosures by the August 27, 2010 deadline.

6. Based on the foregoing, counsel for the parties during the Rule 26(f) conference agreed that in the interest of judicial economy, the parties would jointly request a 30-day continuance of the September 3, 2010 initial case management conference and deadline to file a joint case management statement. The parties further agreed to proceed with making initial disclosures by the current

-4-

STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE FROM
SEPTEMBER 3, 2010 TO OCTOBER 29, 2010
CASE NO.: C 10-02332 MMC

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA 94108
(415) 434-2800

deadline of August 27, 2010 and meeting and conferring thereafter to prepare a joint case management statement based on information obtained through disclosures.

7. The first Friday following a 30-day continuance of the September 3rd hearing date is October 8, 2010. Counsel have met and conferred regarding available Fridays in October 2010 on which to request a continued conference. All counsel have indicated their agreement to an October 29, 2010 conference date and October 15, 2010 deadline for filing a joint case management statement.

8. There have been no prior requests for time modifications in this case.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct.

Executed this 26th day of August, 2010 in San Francisco, California.

JENNIFER N. LEE

-5-
STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE FROM
SEPTEMBER 3, 2010 TO OCTOBER 29, 2010
CASE NO.: C 10-02332 MMC

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA 94108
(415) 434-2800

# ORDER

For good cause showing, the Court hereby continues the September 3, 2010 Initial Case Management Conference scheduled in this case to October 29, 2010 to 10:30 a.m. in Courtroom 7 of this Court. The case management conference statement shall be filed on or before October 15, 2010.

**PURSUANT TO STIPLUATION, IT IS SO ORDERED.**

Dated: August 27, 2010

The Honorable Maxine Chesney
U.S. District Court Judge

-6-
STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE FROM SEPTEMBER 3, 2010 TO OCTOBER 29, 2010
CASE NO.: C 10-02332 MMC

BARGER & WOLEN LLP
660 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA 94108
(415) 434-2800