NICOLE A. DILLER (SBN 154842)
ANGEL T. LIN (SBN 255682)
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, California 94105
Telephone: (415) 442-1000
Facsimile: (415) 442-1001
ndiller@morganlewis.com
alin@morganlewis.com

Attorneys for Defendants Accredo Health Group, Inc. and Medco Health Solutions, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATHRYN REID,<br><br>Plaintiff,<br><br>vs.<br><br>ACCREDO HEALTH, INC., a Delaware corporation; MEDCO HEALTH SOLUTIONS, INC., a Delaware corporation; LINCOLN NATIONAL LIFE INSURANCE CO., an Indiana corporation; JEFFERSON PILOT FINANCIAL INSURANCE COMPANY, a Nebraska corporation; SUN LIFE ASSURANCE COMPANY OF CANADA, a Canadian corporation as DOE 1; and DOES 2 to 25, inclusive,<br><br>Defendants. | Case No. CV 10-02332 MMC<br><br>**STIPULATION, DECLARATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE FROM MAY 13, 2011 TO JUNE 10, 2011**<br><br>**AND ORDER THEREON** |

Pursuant to Local Rule 6, this stipulation is made by and between plaintiff Cathryn Reid and defendants Accredo Health Group, Inc., Medco Health Solutions, Inc., Lincoln National Life Insurance Co., Jefferson Pilot Financial Insurance Company, and Sun Life Assurance Company of Canada, by and through their respective counsel of record, with respect to the following:

WHEREAS, on August 26, 2010, the parties filed a stipulation continuing the initial case

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

DB2/22354944.2

1

STIPULATION, DECLARATION AND [PROPOSED] ORDER CONTINUING CONFERENCE
CASE NO. CV 10-02332 MMC

1   management conference from September 3, 2010 to October 29, 2010, which the Court approved

2   on August 27, 2010;

3      WHEREAS, on October 29, 2010, the Court held an initial case management conference

4   in this matter, which conference the Court continued to May 13, 2011;

5      WHEREAS, as set forth in the declaration of Nicole A. Diller, lead counsel for Accredo

6   Health Group, Inc. and Medco Health Solutions, Inc. has determined that she is unavailable to

7   personally appear before the Court on May 13, 2011;

8      WHEREAS, the parties are willing to agree to a continuance of the case management

9   conference so all parties can have counsel attend the conference in person; and,

10     WHEREAS, counsel for all parties have discussed their availability and determined that

11  the first available Friday on which all counsel can attend a case management conference is June

12  10, 2011;

13     NOW, THEREFORE, the parties hereby jointly request, and respectfully ask the Court to

14  order, as follows:

15     That the case management conference be continued to June 10, 2011, with a joint case

16  management conference statement due on or before June 3, 2011.

17     IT IS SO STIPULATED.

18  Dated:  April 7, 2011                    BARGER & WOLEN LLP

20                                          By:   /s/ Jennifer N. Lee
21                                                MARTIN E. ROSEN
                                                  JENNIFER N. LEE

22                                          Attorneys for Defendants
23                                          Lincoln National Life Insurance Co. and
                                            Jefferson Pilot Financial Insurance
24                                          Company

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

DB2/22354944.2

2

STIPULATION, DECLARATION AND [PROPOSED] ORDER CONTINUING CONFERENCE
CASE NO. CV 10-02332 MMC

| | | |
|---|---|---|
| 1 | Dated: April 7, 2011 | DONAHUE GALLAGHER WOODS LLP |
| 3 | | By: /s/ George J. Barron |
| 4 | | GEORGE J. BARRON |
| 5 | | Attorneys for Plaintiff<br>Cathryn Reid |
| 7 | Dated: April 7, 2011 | MORGAN, LEWIS & BOCKIUS LLP |
| 9 | | By: /s/ Nicole A. Diller<br>NICOLE A. DILLER<br>ANGEL T. LIN |
| 11 | | Attorneys for Defendants<br>Accredo Health, Inc. and Medco Health Solutions, Inc. |
| 14 | Dated: April 7, 2011 | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
| 16 | | By: /s/ Christopher M. Ahearn<br>MARK SCHMIDTKE<br>CHRISTOPHER M. AHEARN |
| 18 | | Attorneys for Defendant<br>Sun Life Assurance Company Of Canada |

**ATTESTATION**

Pursuant to General Order 45(X), I attest that concurrence in the filing of this document has been obtained from each of the other signatories.

Dated: April 7, 2011        By: /s/ Nicole A. Diller
                                 Nicole A. Diller

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

DB2/22354944.2

3

STIPULATION, DECLARATION AND [PROPOSED] ORDER CONTINUING CONFERENCE
CASE NO. CV 10-02332 MMC

## DECLARATION OF NICOLE A. DILLER

1. I am a partner at the law firm of Morgan, Lewis & Bockius LLP ("Morgan Lewis"), attorneys of record for defendants Accredo Health Group, Inc. and Medco Health Solutions, Inc. I am licensed to practice law in the State of California and have been admitted to practice in the Northern District of California. I have direct and personal knowledge of the facts set forth in this declaration and, if called and sworn as a witness, I would competently testify to these facts.

2. A scheduling conflict has arisen between the case management conference scheduled in this matter for May 13, 2011 and another matter for which I am counsel of record, which is pending in the United States District Court, District of Minnesota. The defendants in that matter filed a motion to dismiss on March 21, 2011. A cancellation in the Court's calendar provided an opening for the hearing of that motion on May 13, 2011, while the next available hearing was not for a number of months later. Given the case management deadlines in that matter and the issues raised by the motion to dismiss, defendants determined it would best serve the parties' interests to obtain the earliest possible resolution on their motion. Among other things, deferring resolution of the motion for a substantial time period would potentially subject a defendant who may be dismissed by the Court's ruling on the motion to very time consuming, costly and disruptive discovery that plaintiffs will agree to defer if the motion is resolved in the near future.

3. Rather than request to appear at the case management conference in this matter telephonically on the scheduled date, I contacted counsel for all parties to seek agreement to request a continuance of the case management conference to permit me to personally appear at the conference. After several e-mail exchanges, counsel determined that the first available Friday following May 13, 2011 on which all counsel can attend a case management conference is June 10, 2011.

/ / /

/ / /

/ / /

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

DB2/22354944.2

4

STIPULATION, DECLARATION AND [PROPOSED] ORDER CONTINUING CONFERENCE
CASE NO. CV 10-02332 MMC

1    I declare under the penalty of perjury under the laws of the United States of America that
2    the foregoing is true and accurate.
3    Executed this 7th day of April, 2011 at San Francisco, California.

                                  /s/ Nicole A. Diller
                                  Nicole A. Diller

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

DB2/22354944.2

5

STIPULATION, DECLARATION AND
[PROPOSED] ORDER CONTINUING
CONFERENCE
CASE NO. CV 10-02332 MMC

**[PROPOSED] ORDER**

Pursuant to stipulation, the Court hereby ORDERS as follows:

    1. The case management conference is continued from May 13, 2011 to June 10, 2011; and

    2. The joint case management conference statement is due on or before June 3, 2011.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: __April 11, 2011__

The Honorable Maxine M. Chesney
United States District Court Judge

Morgan, Lewis & Bockius LLP
Attorneys At Law
Los Angeles

DB2/22354944.2

6

STIPULATION, DECLARATION AND [PROPOSED] ORDER CONTINUING CONFERENCE
CASE NO. CV 10-02332 MMC