1  GEORGE J. BARRON, #53117
   JONATHAN MCNEIL WONG, #112224
2  DONAHUE GALLAGHER WOODS LLP
   Attorneys at Law
3  1999 Harrison Street, 25th Floor
   Oakland, California  94612-3520
4  P.O. Box 12979
   Oakland, California  94604-2979
5  Telephone:    (510) 451-0544
   Facsimile:    (510) 832-1486
6
   Attorneys for Plaintiff
7  CATHRYN REID

8                UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10                  SAN FRANCISCO DIVISION

11

12 | CATHRYN REID,                              | CASE NO.  CV 10-02332 MMC
13 |            Plaintiff,                      | STIPULATION, DECLARATION AND
   |                                            | [PROPOSED] ORDER TO CONTINUE CASE
14 |       v.                                   | MANAGEMENT CONFERENCE FROM
   |                                            | JUNE 10, 2011 TO AUGUST 26, 2011
15 | ACCREDO HEALTH GROUP, INC., a              |
   | Delaware corporation; MEDCO HEALTH         | AND ORDER THEREON
16 | SOLUTIONS, INC., a Delaware                |
   | corporation; LINCOLN NATIONAL LIFE         |
17 | INSURANCE CO., an Indiana corporation;     |
   | JEFFERSON PILOT FINANCIAL                  |
18 | INSURANCE COMPANY, a Nebraska              |
   | corporation; SUN LIFE ASSURANCE            |
19 | COMPANY OF CANADA, a Canadian              |
   | corporation as DOE 1; and DOES 2 to 25,    |
20 | inclusive,                                 |
21 |            Defendants.                     |

22

23         Pursuant to Local Rule 6, this stipulation is made by and between plaintiff Cathryn Reid

24  and defendants Accredo Health Group, Inc., Medco Health Solutions, Inc., Lincoln National Life

25  Insurance Co., Jefferson Pilot Financial Insurance Company, and Sun Life Assurance Company

26  of Canada, by and through their respective counsel of record, with respect to the following:

27

28
                                              -1-

1    WHEREAS, on August 26, 2010, the parties filed a stipulation continuing the initial case management conference from September 3, 2010 to October 29, 2010, which the Court approved on August 27, 2010;

WHEREAS, on October 29, 2010, the Court held an initial case management conference in this matter, which conference the Court continued to May 13, 2011;

WHEREAS, the parties filed a stipulation continuing the May 13, 2011 case management conference to June 10, 2011, which the Court approved on April 11, 2011;

WHEREAS, a primary reason for continuing the earlier case management conference was to allow sufficient time for plaintiff to make and complete the life insurance benefit claims herein. While significant progress has been made, those claims are not complete and more time is needed to do so, see Declaration of George J. Barron, attached hereto and incorporated herein by reference.

WHEREAS, counsel for all parties have discussed their availability and determined that all counsel can attend a case management conference on August 26, 2011;

NOW, THEREFORE, the parties hereby jointly request, and respectfully ask the Court to order, as follows:

>   That the case management conference be continued to August 26, 2011, with a joint case management conference statement due on or before August 19, 2011.

IT IS SO STIPULATED.

Dated:  June 3, 2011                DONAHUE GALLAGHER WOODS LLP


By:  /s/ George J. Barron
        George J. Barron

        Attorneys for Plaintiff
        Cathryn Reid

| | | |
|---|---|---|
| 1 | Dated: June 3, 2011 | BARGER & WOLEN LLP |
| 2 | | |
| 3 | | By: /s/ Jennifer N. Lee |
| 4 | |     Martin E. Rosen<br>    Jennifer N. Lee |
| 5 | | Attorneys for Defendants<br>Lincoln National Life Insurance Co. and |
| 6 | | Jefferson Pilot Financial Insurance Company |
| 7 | Dated: June 3, 2011 | MORGAN, LEWIS & BOCKIUS LLP |
| 8 | | |
| 9 | | By: /s/ Nicole A. Diller |
| 10 | |     Nicole A. Diller<br>    Angel T. Lin |
| 11 | | Attorneys for Defendants |
| 12 | | Accredo Health, Inc. and<br>Medco Health Solutions, Inc. |
| 13 | Dated: June 3, 2011 | OGLETREE, DEAKINS, NASH, SMOAK &<br>STEWART, P.C. |
| 14 | | |
| 15 | | |
| 16 | | By: /s/ Christopher M. Ahearn |
| 17 | |     Mark Schmidtke<br>    Christopher M. Ahearn |
| 18 | | Attorneys for Defendants<br>Sun Life Assurance Company Of Canada |
| 19 | | |
| 20 | | **ATTESTATION** |

Pursuant to General Order 45(X), I attest that concurrence in the filing of this document has been obtained from each of the other signatories.

| | | |
|---|---|---|
| 24 | Dated: June 3, 2011 | DONAHUE GALLAGHER WOODS LLP |
| 26 | | By: /s/ George J. Barron<br>    George J. Barron |

**DECLARATION OF GEORGE J. BARRON**

1. I am a partner at the law firm of Donahue Gallagher Woods LLP ("Donahue"), attorneys of record for plaintiff Cathryn Reid. I am licensed to practice law in the State of California and have been admitted to practice in the Northern District of California. I have direct and personal knowledge of the facts set forth in this declaration and, if called and sworn as a witness, I would competently testify to these facts.

2. A primary reason for continuing the earlier case management conference herein was to allow sufficient time for plaintiff to make and complete the life insurance benefit claims herein. While significant progress has been made, those claims are not complete and more time is needed to do so.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and accurate.

Executed this 3rd day of June, 2011, at Oakland, California.

/s/ George J. Barron
George J. Barron

**[PROPOSED] ORDER**

Pursuant to stipulation, the Court hereby ORDERS as follows:

1. The case management conference is continued from June 10, 2011 to August 26, 2011; and

2. The joint case management conference statement is due on or before August 19, 2011.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:   June 6, 2011

_____
The Honorable Maxine M. Chesney
United States District Court Judge