1  GEORGE J. BARRON, #53117
   JONATHAN MCNEIL WONG, #112224
2  DONAHUE GALLAGHER WOODS LLP
   Attorneys at Law
3  1999 Harrison Street, 25th Floor
   Oakland, California  94612-3520
4  P.O. Box 12979
   Oakland, California  94604-2979
5  Telephone:    (510) 451-0544
   Facsimile:    (510) 832-1486
6
   Attorneys for Plaintiff
7  CATHRYN REID

8                  UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                     SAN FRANCISCO DIVISION

11

12 | CATHRYN REID, | CASE NO.  CV 10-02332 MMC
   |               |
13 |        Plaintiff, | STIPULATION, DECLARATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE FROM AUGUST 26, 2011 TO NOVEMBER 18, 2011 AND ORDER THEREON
14 |    v.         |
15 | ACCREDO HEALTH GROUP, INC., a Delaware corporation; MEDCO HEALTH SOLUTIONS, INC., a Delaware corporation; LINCOLN NATIONAL LIFE INSURANCE CO., an Indiana corporation; JEFFERSON PILOT FINANCIAL INSURANCE COMPANY, a Nebraska corporation; SUN LIFE ASSURANCE COMPANY OF CANADA, a Canadian corporation as DOE 1; and DOES 2 to 25, inclusive, |
21 |        Defendants. |

Pursuant to Local Rule 6, this stipulation is made by and between plaintiff Cathryn Reid and defendants Accredo Health Group, Inc., Medco Health Solutions, Inc., Lincoln National Life Insurance Co., Jefferson Pilot Financial Insurance Company, and Sun Life Assurance Company of Canada, by and through their respective counsel of record, with respect to the following:

WHEREAS, on August 26, 2010, the parties filed a stipulation continuing the initial case management conference from September 3, 2010 to October 29, 2010, which the Court approved on August 27, 2010;

WHEREAS, on October 29, 2010, the Court held an initial case management conference in this matter, which conference the Court continued to May 13, 2011;

WHEREAS, the parties filed a stipulation continuing the May 13, 2011 case management conference to June 10, 2011, which the Court approved on April 11, 2011;

WHEREAS, the parties filed a stipulation continuing the June 10, 2011 case management conference to August 26, 2011, which the Court approved on June 6, 2011;

WHEREAS, a primary reason for continuing the earlier case management conference was to allow sufficient time for plaintiff to make and complete the life insurance benefit claims herein. While significant progress has been made, those claims are not complete and more time is needed to do so, see Declaration of George J. Barron, attached hereto and incorporated herein by reference.

WHEREAS, the Defendants' stipulation for a continuance should not be construed as an admission with regard to the timeliness of any claim or appeal by the Plaintiff.

WHEREAS, counsel for all parties have discussed their availability and determined that all counsel can attend a case management conference on November 18, 2011; alternatively if that date is not convenient for the Court, all counsel can attend a case management conference on November 4, 2011;

NOW, THEREFORE, the parties hereby jointly request, and respectfully ask the Court to order, as follows:

> That the case management conference be continued to November 18, 2011, with a joint case management conference statement due on or before November 10, 2011.

1    IT IS SO STIPULATED.

2    Dated:  August 19, 2011            DONAHUE GALLAGHER WOODS LLP

3

4                                        By: /s/ George J. Barron
                                              George J. Barron
5
                                             Attorneys for Plaintiff
6                                            Cathryn Reid

7    Dated:  August 19, 2011            BARGER & WOLEN LLP

8

9                                        By: /s/ Jennifer N. Lee
                                              Martin E. Rosen
10                                            Jennifer N. Lee

11                                           Attorneys for Defendants
                                             Lincoln National Life Insurance Co. and
12                                           Jefferson Pilot Financial Insurance Company

13   Dated:  August 19, 2011            MORGAN, LEWIS & BOCKIUS LLP

14

15                                       By: /s/ Nicole A. Diller
                                              Nicole A. Diller
16                                            Angel T. Lin

17                                           Attorneys for Defendants
                                             Accredo Health, Inc. and
18                                           Medco Health Solutions, Inc.

19   Dated:  August 19, 2011            OGLETREE, DEAKINS, NASH, SMOAK &
                                        STEWART, P.C.
20

21

22                                       By: /s/ Christopher M. Ahearn
                                              Mark Schmidtke
23                                            Christopher M. Ahearn

24                                           Attorneys for Defendants
                                             Sun Life Assurance Company Of Canada
25

26   ///

27   ///

28   ///

-2-

## ATTESTATION

Pursuant to General Order 45(X), I attest that concurrence in the filing of this document has been obtained from each of the other signatories.

Dated: August 19, 2011                DONAHUE GALLAGHER WOODS LLP


By: /s/ George J. Barron
     George J. Barron

**DECLARATION OF GEORGE J. BARRON**

1. I am a partner at the law firm of Donahue Gallagher Woods LLP ("Donahue"), attorneys of record for plaintiff Cathryn Reid. I am licensed to practice law in the State of California and have been admitted to practice in the Northern District of California. I have direct and personal knowledge of the facts set forth in this declaration and, if called and sworn as a witness, I would competently testify to these facts.

2. A primary reason for continuing the earlier case management conference herein was to allow sufficient time for plaintiff to make and complete the life insurance benefit claims herein. While significant progress has been made, those claims are not complete and more time is needed to do so. Specifically plaintiffs' claims were submitted to Defendants Lincoln/Jefferson and Sun Life; each claim was denied. Plaintiff appealed the Lincoln/Jefferson denial and that appeal is pending. Plaintiff will appeal the Sun Life denial within one week. Plaintiff also discovered a third insurance company with potential coverage, Prudential, and submitted a claim to that insurer; that claim is pending.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and accurate.

Executed this 19th day of August, 2011, at Oakland, California.

/s/ George J. Barron
George J. Barron

**[PROPOSED]** ORDER

Pursuant to stipulation, the Court hereby ORDERS as follows:

1. The case management conference is continued from August 26, 2011 to November 18, 2011; and

2. The joint case management conference statement is due on or before November 10, 2011.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: August 22, 2011

_____
The Honorable Maxine M. Chesney
United States District Court Judge

-5-

STIPULATION, DECLARATION AND [PROPOSED] ORDER CONTINUING CMC          CASE NO. CV 10-02332 MMC