GEORGE J. BARRON, #53117
JONATHAN MCNEIL WONG, #112224
DONAHUE GALLAGHER WOODS LLP
Attorneys at Law
1999 Harrison Street, 25th Floor
Oakland, California  94612-3520
P.O. Box 12979
Oakland, California  94604-2979
Telephone:     (510) 451-0544
Facsimile:      (510) 832-1486

Attorneys for Plaintiff
CATHRYN REID

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CATHRYN REID,<br><br>                    Plaintiff,<br><br>          v.<br><br>ACCREDO HEALTH GROUP, INC., a Delaware corporation; MEDCO HEALTH SOLUTIONS, INC., a Delaware corporation; LINCOLN NATIONAL LIFE INSURANCE CO., an Indiana corporation; JEFFERSON PILOT FINANCIAL INSURANCE COMPANY, a Nebraska corporation; SUN LIFE ASSURANCE COMPANY OF CANADA, a Canadian corporation as DOE 1; and DOES 2 to 25, inclusive,<br><br>                    Defendants. | CASE NO.  CV 10-02332 MMC<br><br>STIPULATION, DECLARATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE FROM NOVEMBER 18, 2011 TO FEBRUARY 10, 2012 AND ORDER THEREON |

1   Pursuant to Local Rule 6, this stipulation is made by and between plaintiff Cathryn Reid

2   and defendants Accredo Health Group, Inc., Medco Health Solutions, Inc., Lincoln National Life

3   Insurance Co., Jefferson Pilot Financial Insurance Company, and Sun Life Assurance Company

4   of Canada, by and through their respective counsel of record, with respect to the following:

5   WHEREAS, on August 26, 2010, the parties filed a stipulation continuing the initial case

6   management conference from September 3, 2010 to October 29, 2010, which the Court approved

7   on August 27, 2010;

8   WHEREAS, on October 29, 2010, the Court held an initial case management conference

9   in this matter, which conference the Court continued to May 13, 2011;

10   WHEREAS, the parties filed a stipulation continuing the May 13, 2011 case management

11   conference to June 10, 2011, which the Court approved on April 11, 2011;

12   WHEREAS, the parties filed a stipulation continuing the June 10, 2011 case management

13   conference to August 26, 2011, which the Court approved on June 6, 2011;

14   WHEREAS, the parties filed a stipulation continuing the August 26, 2011 case

15   management conference to November 18, 2011, which the Court approved on August 22, 2011;

16   WHEREAS, a primary reason for continuing the earlier case management conference was

17   to allow sufficient time for plaintiff to make and complete the life insurance benefit claims herein.

18   While significant progress has been made, those claims are not complete and more time is needed

19   to do so, see Declaration of George J. Barron, attached hereto and incorporated herein by

20   reference;

21   WHEREAS, the Defendants' stipulation for a continuance should not be construed as an

22   admission with regard to the timeliness of any claim or appeal by the Plaintiff;

23   WHEREAS, the Defendants' stipulation for a continuance should not be construed as an

24   admission with regard to the timeliness of any claim or appeal by the Plaintiff;

25   WHEREAS, counsel for all parties have discussed their availability and determined that

26   all counsel can attend a case management conference on February 10, 2012; alternatively if that

27   date is not convenient for the Court, all counsel can attend a case management conference on

28   February 3, 2012;

-1-

1    NOW, THEREFORE, the parties hereby jointly request, and respectfully ask the Court to

2  order, as follows:

3       That the case management conference be continued to February 10,
        2012, with a joint case management conference statement due on or
4       before February 3, 2012.

5    IT IS SO STIPULATED.

6  Dated:  November 10, 2011          DONAHUE GALLAGHER WOODS LLP

7

8                                     By:  /s/ George J. Barron
                                          _____
9                                         George J. Barron

10                                        Attorneys for Plaintiff
                                          Cathryn Reid

11 Dated:  November 10, 2011          BARGER & WOLEN LLP

12

13                                    By:  /s/ Dawn N. Valentine
                                          _____
14                                        Martin E. Rosen
                                          Dawn N. Valentine

15                                        Attorneys for Defendants
16                                        Lincoln National Life Insurance Co. and
                                          Jefferson Pilot Financial Insurance Company

17 Dated:  November 10, 2011          MORGAN, LEWIS & BOCKIUS LLP

18

19                                    By:  /s/ Nicole A. Diller
                                          _____
20                                        Nicole A. Diller
                                          Angel T. Lin

21                                        Attorneys for Defendants
22                                        Accredo Health, Inc. and
                                          Medco Health Solutions, Inc.

23 Dated:  November 10, 2011          OGLETREE, DEAKINS, NASH, SMOAK &
24                                    STEWART, P.C.

25

26                                    By:  /s/ Christopher M. Ahearn
                                          _____
                                          Mark Schmidtke
27                                        Christopher M. Ahearn

28                                        Attorneys for Defendants
                                          Sun Life Assurance Company Of Canada
                                                    -2-

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## **ATTESTATION**

Pursuant to General Order 45(X), I attest that concurrence in the filing of this document has been obtained from each of the other signatories.

Dated:  November 10, 2011                    DONAHUE GALLAGHER WOODS LLP


                                                              By:  /s/ George J. Barron
                                                                    George J. Barron

## DECLARATION OF GEORGE J. BARRON

1.      I am a partner at the law firm of Donahue Gallagher Woods LLP ("Donahue"), attorneys of record for plaintiff Cathryn Reid.  I am licensed to practice law in the State of California and have been admitted to practice in the Northern District of California.  I have direct and personal knowledge of the facts set forth in this declaration and, if called and sworn as a witness, I would competently testify to these facts.

2.      A primary reason for continuing the earlier case management conference herein was to allow sufficient time for plaintiff to make and complete the life insurance benefit claims herein.  While significant progress has been made, those claims are not complete and more time is needed to do so.  One insurer did conclude there was life insurance coverage as recently as seven months before Mr. Reid's death, but continues to deny the claim.  Specifically plaintiffs' claims were submitted to Defendants Lincoln/Jefferson and Sun Life; each claim was denied.  Plaintiff appealed the Lincoln/Jefferson denial; that appeal was denied.  Plaintiff has appealed that latter denial.  Plaintiff appealed the Sun Life denial; that appeal is pending.  Plaintiff also discovered a third insurance company with potential coverage, Prudential, and submitted a claim to that insurer; that claim was denied.  Plaintiff will appeal that denial shortly.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and accurate.

Executed this 10th day of November, 2011, at Oakland, California.

/s/ George J. Barron
George J. Barron

-4-

1

**[PROPOSED] ORDER**

2

Pursuant to stipulation, the Court hereby ORDERS as follows:

3

      1.     The case management conference is continued from November 18, 2011 to

4

February 10 , 2012; and

5

      2.     The joint case management conference statement is due on or before

6

February 3 _____, 2012.

7

8

PURSUANT TO STIPULATION, IT IS SO ORDERED.

9

10

Dated: November 15, 2011

11

The Honorable Maxine M. Chesney
United States District Court Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-5-