GEORGE J. BARRON, #53117
JONATHAN MCNEIL WONG, #112224
DONAHUE GALLAGHER WOODS LLP
Attorneys at Law
1999 Harrison Street, 25th Floor
Oakland, California  94612-3520
P.O. Box 12979
Oakland, California  94604-2979
Telephone:    (510) 451-0544
Facsimile:     (510) 832-1486

Attorneys for Plaintiff
CATHRYN REID

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CATHRYN REID,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ACCREDO HEALTH GROUP, INC., a Delaware corporation; MEDCO HEALTH SOLUTIONS, INC., a Delaware corporation; LINCOLN NATIONAL LIFE INSURANCE CO., an Indiana corporation; JEFFERSON PILOT FINANCIAL INSURANCE COMPANY, a Nebraska corporation; SUN LIFE ASSURANCE COMPANY OF CANADA, a Canadian corporation as DOE 1; and DOES 2 to 25, inclusive,<br><br>　　　　　Defendants. | CASE NO.  CV 10-02332 MMC<br><br>STIPULATION, DECLARATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE FROM FEBRUARY 10, 2012 TO MARCH 30, 2012 AND ORDER THEREON |

Pursuant to Local Rule 6, this stipulation is made by and between plaintiff Cathryn Reid and defendants Accredo Health Group, Inc., Medco Health Solutions, Inc., Lincoln National Life Insurance Co., Jefferson Pilot Financial Insurance Company, and Sun Life Assurance Company of Canada, by and through their respective counsel of record, with respect to the following:

WHEREAS, on August 26, 2010, the parties filed a stipulation continuing the initial case management conference from September 3, 2010 to October 29, 2010, which the Court approved on August 27, 2010;

WHEREAS, on October 29, 2010, the Court held an initial case management conference in this matter, which conference the Court continued to May 13, 2011;

WHEREAS, the parties filed a stipulation continuing the May 13, 2011 case management conference to June 10, 2011, which the Court approved on April 11, 2011;

WHEREAS, the parties filed a stipulation continuing the June 10, 2011 case management conference to August 26, 2011, which the Court approved on June 6, 2011;

WHEREAS, the parties filed a stipulation continuing the August 26, 2011 case management conference to November 18, 2011, which the Court approved on August 22, 2011;

WHEREAS, the parties filed a stipulation continuing the November 18, 2011 case management conference to February 10, 2012, which the Court approved on November 15, 2011;

WHEREAS, a primary reason for continuing the earlier case management conferences was to allow sufficient time for plaintiff to make and complete the life insurance benefit claims herein.  Those claims procedures with the Defendant Insurers were recently completed;

WHEREAS, the Defendants' stipulation for a continuance should not be construed as an admission with regard to the timeliness of any claim or appeal by the Plaintiff;

WHEREAS, Plaintiff suggested to Defendants that the parties engage in a formal settlement conference in advance of further court proceedings;

WHEREAS, Defendants Accredo, Medco and Defendant Lincoln/Jefferson requested the parties engage in informal settlement discussions before determining whether to enter a formal settlement conference, and Defendant Sun Life does not oppose those immediate settlement discussions, but is still deciding whether it will participate in them;

WHEREAS, all parties agree that continuing the February 10, 2012 Case Management Conference to March 30, 2012 will allow the parties time to explore settlement options. If the case has not settled, the parties will either request a Settlement Conference with Magistrate Judge and/or ask to schedule motions and a trial date. See Declaration of George J. Barron filed herewith.

WHEREAS, counsel for all parties have discussed their availability and determined that all counsel can attend a case management conference on March 30, 2012; alternatively if that date is not convenient for the Court, all counsel can attend a case management conference on March 9, 2012;

NOW, THEREFORE, the parties hereby jointly request, and respectfully ask the Court to order, as follows:

> That the case management conference be continued to March 30, 2012, with a joint case management conference statement due on or before March 23, 2012.

IT IS SO STIPULATED.

Dated: February 3, 2012           DONAHUE GALLAGHER WOODS LLP


                                  By: /s/ George J. Barron
                                      George J. Barron

                                      Attorneys for Plaintiff
                                      Cathryn Reid

Dated: February 3, 2012           BARGER & WOLEN LLP


                                  By: /s/ Dawn N. Valentine
                                      Martin E. Rosen
                                      Dawn N. Valentine

                                      Attorneys for Defendants
                                      Lincoln National Life Insurance Co. and
                                      Jefferson Pilot Financial Insurance Company

| | | |
|---|---|---|
| 1 | Dated:  February 3, 2012 | MORGAN, LEWIS & BOCKIUS LLP |
| 2 | | |
| 3 | | By:  /s/ Nicole A. Diller |
| 4 | | Nicole A. Diller<br>Angel T. Lin |
| 5 | | Attorneys for Defendants<br>Accredo Health, Inc. and |
| 6 | | Medco Health Solutions, Inc. |
| 7 | Dated:  February 3, 2012 | OGLETREE, DEAKINS, NASH, SMOAK &<br>STEWART, P.C. |
| 8 | | |
| 9 | | |
| 10 | | By:  /s/ Christopher M. Ahearn<br>Mark Schmidtke |
| 11 | | Christopher M. Ahearn |
| 12 | | Attorneys for Defendants<br>Sun Life Assurance Company Of Canada |

-3-

**ATTESTATION**

Pursuant to General Order 45(X), I attest that concurrence in the filing of this document has been obtained from each of the other signatories.

Dated: February 3, 2012                    DONAHUE GALLAGHER WOODS LLP


By: /s/ George J. Barron
    George J. Barron

-4-

**DECLARATION OF GEORGE J. BARRON**

1. I am a partner at the law firm of Donahue Gallagher Woods LLP ("Donahue"), attorneys of record for plaintiff Cathryn Reid. I am licensed to practice law in the State of California and have been admitted to practice in the Northern District of California. I have direct and personal knowledge of the facts set forth in this declaration and, if called and sworn as a witness, I would competently testify to these facts.

2. A primary reason for continuing the earlier case management conference herein was to allow sufficient time for plaintiff to make and complete the life insurance benefit claims herein. While significant progress has been made, those claims are not complete and more time is needed to do so. One insurer did conclude there was life insurance coverage as recently as seven months before Mr. Reid's death, but continues to deny the claim. Specifically plaintiffs' claims were submitted to Defendants Lincoln/Jefferson and Sun Life; each claim was denied. Plaintiff appealed the Lincoln/Jefferson denial; that appeal was denied. Plaintiff appealed that denial; that appeal was denied. Plaintiff appealed the Sun Life denial; that appeal was denied. Plaintiff appealed that denial; that appeal was denied.

3. Plaintiff, Defendant Lincoln/Jefferson has agreed to engage in immediate settlement discussions and has requested Plaintiff provide a settlement demand to see if the case can be resolved. Defendant Accredo/Medco requested Plaintiff provide a settlement demand to permit it to assess its participation in settlement discussions. Defendant Sun Life does not oppose those immediate settlement discussions, but is still deciding whether it will participate in them. All parties have agreed to request the continuance of the February 10, 2012 Case Management Conference to March 30, 2012. If the case has not settled, the parties will either request a Settlement Conference with Magistrate Judge and/or ask to schedule motions and a trial date. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and accurate.

Executed this 3rd day of February, 2012, at Oakland, California.

/s/ George J. Barron
George J. Barron

-5-

**[PROPOSED] ORDER**

Pursuant to stipulation, the Court hereby ORDERS as follows:

1. The case management conference is continued from February 10, 2012 to March 30, 2012; and

2. The joint case management conference statement is due on or before March 23, 2012.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: February 6, 2012

_____
The Honorable Maxine M. Chesney
United States District Court Judge

-6-