UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CATHRYN REID,<br><br>        Plaintiff,<br><br>v.<br><br>ACCREDO HEALTH GROUP, INC., a Delaware corporation; MEDCO HEALTH SOLUTIONS, INC., a Delaware corporation; LINCOLN NATIONAL LIFE INSURANCE CO., an Indiana corporation; JEFFERSON PILOT FINANCIAL INSURANCE COMPANY, a Nebraska corporation; SUN LIFE ASSURANCE COMPANY OF CANADA, a Canadian corporation as DOE 1; and DOES 2 to 25, inclusive,<br><br>        Defendants. | Case No. CV 10-02332 MMC<br><br>~~[PROPOSED]~~ **ORDER OF DISMISSAL** |

ORDER

Pursuant to the Stipulation of Dismissal between the parties, IT IS HEREBY ORDERED that the above-entitled action is dismissed with prejudice. The parties shall bear their own costs, expenses and attorneys' fees. The Clerk shall close the file.

Dated: November 2, 2012

_____
The Honorable Maxine M. Chesney
United States District Court Judge